**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Edwin L. FRANKLIN, Defendant–Appellant.**

No. 08–30406
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Alan A. Stevens, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Joseph Kelsey Scott, III, Baton Rouge, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Edwin L. Franklin appeals the sentence imposed following his guilty plea conviction of making fraudulent claims for Hurricane Katrina-related disaster relief to the Fed-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

eral Emergency Management Agency (FEMA) and with making false representations to FEMA in connection with the fraudulent claims. Franklin argues that the district court erred by denying him a two-level downward adjustment pursuant to U.S.S.G. § 3E1.1 based on acceptance of responsibility.

The district court denied the downward adjustment due to Franklin's repeated use of drugs while awaiting sentencing. The district court's determination that Franklin's drug use was inconsistent with the acceptance of responsibility is not without foundation. *See United States v. Juarez–Duarte,* 513 F.3d 204, 211 (5th Cir.), *cert. denied,* —— U.S. ——, 128 S.Ct. 2452, 171 L.Ed.2d 248 (2008); *United States v. Watkins,* 911 F.2d 983, 984–85 (5th Cir.1990).

AFFIRMED.